# Third District Court of Appeal

## State of Florida

Opinion filed July 10, 2024.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D23-0605
Lower Tribunal No. F07-913
_____

## Joel Jules,
Appellant,

vs.

## The State of Florida,
Appellee.

An Appeal from the Circuit Court for Miami-Dade County, Ariana Fajardo Orshan, Judge.

Daniel J. Tibbitt, P.A., and Daniel Tibbitt, for appellant.

Ashley Moody, Attorney General, and Christina L. Dominguez, Assistant Attorney General, for appellee.

Before LOGUE, C.J., and LOBREE and BOKOR, JJ.

PER CURIAM.

Affirmed. See Johnson v. State, 60 So. 3d 1045, 1050 (Fla. 2011)

("Since 'no evidentiary hearing is allowed' under [Florida Rule of Criminal

Procedure] 3.800(a), a claim of error that the petitioner can establish only by relying on facts that are not evident on the face of the record is a claim that cannot be adjudicated under that rule provision." (quoting Brooks v. State, 969 So. 2d 238, 242 (Fla. 2007))); Martinez v. State, 298 So. 3d 1196, 1200 (Fla. 3d DCA 2020) (modification of a sentence after it has begun to be served does not violate double jeopardy where the defendant agreed to the modification).